LAW OFFICES OF GARY W. GORSKI
8549 Nephi Way
Fair Oaks, CA  95628
Telephone:     (916) 965-6800
Facsimile:      (916) 965-6801
GARY W. GORSKI - CBN:  166526
Attorney for Plaintiff

DANIEL M. KARALASH - SBN: 176422
Co-Counsel of Record

THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Staff Sergeant JAMES GLENN HARRIS, a member of the California Army National Guard<br>　　　　Plaintiffs,<br>　　v.<br><br>BOULDER RIDGE CABLE TV d.b.a. STARSTREAM COMMUNICATIONS, a California Corporation; RICK NOVAK.<br>　　　　Defendants. | CASE NO.: 2:03-cv-0405-MCE-DAD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER CLOSING FILE**<br><br>**Judge Morrison C. England, Jr.** |

**PLEASE TAKE NOTICE** that the above referenced matter is hereby stipulated and ordered dismissed, with prejudice, each side to bear their own cost and fees.  **The case is closed as to all parties.**

DATED: March 22, 2007

Respectfully submitted,
LAW OFFICES OF GARY W. GORSKI
/S/ Gary W. Gorski
GARY W. GORSKI,
Attorney for Plaintiff HARRIS

DATED:      April 24, 2003

LAW OFFICE OF PATRICIA D. BARRETT
/s/ Patricia D. Barrett
PATRICIA D. BARRETT
Attorney for Defendants

**IT IS SO ORDERED.**

Dated:  March 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1.